EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Marshall.Silverberg@USDOJ.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00064 HG-02 |
| | ) | |
| Plaintiff, | ) | THE GOVERNMENT'S RESPONSE TO |
| | ) | THE PROPOSED PRESENTENCE |
| vs. | ) | REPORT |
| | ) | |
| SUSAN ASA,           (02) | ) | Sentencing date: 02/16/06 |
| | ) | Time:  2:15 p.m. |
| | ) | Judge: Hon. Helen Gillmor |
| Defendant. | ) | |
| | ) | |

**THE GOVERNMENT'S RESPONSE TO THE PROPOSED PRESENTENCE REPORT**

The United States has no objections or comments to the

Proposed Presentence report.

DATED: January 12, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Marshall H. Silverberg
   MARSHALL H. SILVERBERG
   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by hand-delivery:

    1)    SHANLYN A. S. PARK
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        300 Ala Moana Boulevard, Room 7-104
        Honolulu, Hawaii 96850-5269

        Attorney for Defendant
        SUSAN ASA

    2)    **U.S. PROBATION OFFICE**
        300 Ala Moana Boulevard, Room C-110
        Honolulu, Hawaii 96850

DATED:  January 9, 2005, at Honolulu, Hawaii.

/s/ Cheri Abing