**ORIGINAL**

> **THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

PETER C. WOLFF, JR.
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       shanlyn_park@fd.org

Attorney for Defendant
SUSAN ASA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 07 2006

at 3 o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00064 HG |
| Plaintiff, | ) DEFENDANT'S SENTENCING |
| | ) MEMORANDUM; CERTIFICATE |
| vs. | ) OF SERVICE |
| SUSAN ASA, | ) |
| Defendant. | ) Sentencing Date: February 16, 2006 |
| | ) Sentencing Time: 2:15 p.m. |



SEALED
BY ORDER OF THE COURT