# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 16, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR. 05-00064HG

CASE NAME:        U.S.A. vs. (02) SUSAN ASA

ATTYS FOR PLA:    Marshall H. Silverberg

ATTYS FOR DEFT:   Shanlyn A.S. Park

U.S.P.O.:         Rosanne T. Donohoe

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     February 16, 2006      TIME:        2:15 - 2:40

---

COURT ACTION:  SENTENCING TO COUNT 4 OF THE INDICTMENT AS TO DEFENDANT (02) SUSAN ASA -

The defendant is present on bond.
The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).
Allocution by the defendant.
Defendant's Oral Motion for Downward Departure is GRANTED.

ADJUDGED: Impr 24 of mos.

SUPERVISED RELEASE: 4 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision..

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant is prohibited from the possession and use of alcohol.

    Special assessment: $100.
    Advised of rights to appeal.
    RECOMMENDATION: Victorville, CA. That the defendant participate in drug treatment, educational and vocational training programs.
    MITTIMUS: That the defendant surrender for service of sentence to the U.S. Marshal for the District of Hawaii by 2:00 p.m. on March 30, 2006.

    Submitted by: David H. Hisashima, Courtroom Manager